UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:06CR6-2 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| JAMES PATRICK DAVIS | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein as to the captioned Defendant.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment is **DISMISSED WITHOUT PREJUDICE** as to James Patrick Davis.

The Clerk is directed to transmit copies of this Order electronically to the U.S. Probation Office, the United States Attorney's Office and defense counsel.

Signed: June 23, 2006

Lacy H. Thornburg
United States District Judge